UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ACCESS2GO, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 08-cv-1166 |
| THE HIPAGE COMPANY, INC., | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Defendant's motion to dismiss for lack of personal jurisdiction and insufficient service of process, filed on August 7, 2008 (Doc. 6). Plaintiff responded to the motion on August 29, 2008 (Doc. 11). On October 21, 2008, Magistrate Judge Cudmore issued a Report and Recommendation (R&R) in which he recommended denial of the motion to dismiss (Doc. 15).

In the R&R, Judge Cudmore concluded that Plaintiff has made out a prima facie case for the personal jurisdiction of this Court over Defendant. (R&R at p. 16). Specifically, Judge Cudmore found that, under Plaintiff's version of events, the forum selection clause included in the Service Agreement at issue in this case constitutes a binding waiver of Defendant's objections to personal jurisdiction. Judge Cudmore also concluded that Plaintiff properly effected service of process upon Defendant, pursuant to the 120-day period prescribed by the Federal Rules of Civil Procedure, after Defendant removed this case to federal court. (R&R at p. 17-18).

The parties were notified that failure to object to Judge Cudmore's October 21, 2008 R&R within ten working days after service of the R&R would constitute a waiver of any objections.  See 28 U.S.C. § 636(b)(1); see also Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  Objections to the R&R were due by November 7, 2008, and none were made.

Therefore, the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 15) in full.  Accordingly, Defendant's motion to dismiss (Doc. 6) is DENIED.  This case is referred to Judge Cudmore for further pretrial proceedings.

ENTERED this 6th day of January, 2009.

                                                  s/ Joe B. McDade
                                                  JOE BILLY MCDADE
                                        United States District Judge